# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUDITH C. HIESTER and | : | |
| ROY R. HIESTER, w/h | : | CIVIL ACTION |
| Plaintiffs | : | No. 18-4863 |
| | : | |
| v. | : | |
| | : | |
| WAL-MART STORES EAST, LP, | : | |
| Defendant. | : | |

## ORDER

This 13th day of December, 2018, for the reasons stated in my accompanying memorandum, Plaintiffs' Motion to Remand is **GRANTED**. I hereby **REMAND** this matter to the Philadelphia Court of Common Pleas.

                                              /s/ Gerald Austin McHugh
                                              United States District Judge